United States District Court
Southern District of Texas
**ENTERED**
January 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| KEITH ANTHONY MURRAY | § | |
| | § | |
| Movant, | § | CIVIL ACTION NO. 7:25-CV-167 |
| VS. | § | |
| | § | CRIMINAL ACTION NO. 7:21-CR-1684-4 |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Movant's construed motion for reconsideration of the denial of a Certificate of Appealability. After having reviewed the said Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry No. 15 are hereby adopted by this Court.

FURTHER, the Court, having adopted the Magistrate Judge's conclusions, is of the opinion that the construed motion for reconsideration is **DENIED**, such that a Certificate of Appealability is **DENIED**.

The Clerk shall send a copy of this Order to the parties.

SO ORDERED January 22, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge